IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. VERBIL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES W. MORFORD,<br><br>　　　　Defendant.<br>_____/ | No. C-15-3784 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |

　　　On September 10, 2015, the above-titled action was reassigned to the undersigned.

　　　To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, filed August 19, 2015.

　　　**IT IS SO ORDERED.**

Dated:  September 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge