IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J. VERBIL,

        Plaintiff,

  v.

JAMES W. MORFORD,

        Defendant.
                                      /

No. CV-15-3784 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Granting defendant's motion to dismiss; Substituting United States as defendant; Dismissing complaint without prejudice; Quashing subpoenas served by plaintiff.

Dated: October 15, 2015                                      Sue Soong, Clerk

                                                                             By: Tracy Lucero
                                                                             Deputy Clerk